NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERMONT YANKEE NUCLEAR POWER CORPORATION,**
*Plaintiff-Cross Appellant,*

v.

**ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC.,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5033, -5034, -5042

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 02-CV-898 and 03-CV-2663, Judge Thomas C. Wheeler.

---

## ORDER

Upon consideration of the United States' motion for an extension of time to file its response/reply brief,

IT IS ORDERED THAT:

The briefing schedule is stayed, pending this court's action on the United States' notice filed on July 6, 2011.

FOR THE COURT

__AUG 1 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Richard James Conway, Esq.
      Brad Fagg, Esq.
      Harold D. Lester, Jr., Esq.
      Kyle Landis-Marinello, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 7 2011

JAN HORBALY
CLERK